# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3016
_____

F&L FIDUCIARY SERVICES, LLC,
a Florida limited liability
company, as trustee and as
Successor trustee to Robert E.
Stanley and Mary Jane
Fredrickson, SWAMP LAND
ACQUISITIONS, LLC, a foreign
limited liability company, and
ESPLANADE AT BUTLER PLAZA,
LLC, a foreign limited liability
company,

     Appellants,

     v.

AYESHA SOLOMON, as Property
Appraiser, JOHN POWER, as Tax
Collector, and JIM ZINGALE, as
executive Director of the Florida
Department of Revenue,

     Appellees.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

February 16, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Chris W. Altenbernd of Banker Lopez Gassler P.A., Tampa; Eleanor H. Sills of Banker Lopez Gassler P.A., Tallahassee, for Appellants.

Jennifer A. McClain and John C. Dent, Jr., of Dent & McClain, Chartered, Sarasota, for Appellee, Ayesha Solomon, James Uthmeier, Attorney General, and Randi E. Dincher, Senior Assistant Attorney General, Tallahassee, for Appellee, Jim Zingale, Executive Director of the Florida Department of Revenue.